UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH TIMOTHY HILSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN COUNTY CIRCUT JUDGES, in official capacity; and LINCOLN COUNTY SHERIFF, in official capacity;<br><br>    Defendants. | 4:24-CV-04154-KES<br><br><br><br>JUDGMENT |

Pursuant to this court's 1915A Screening Order, it is

ORDERED, ADJUDGED, AND DECREED that Hilston's complaint (Docket 1) is dismissed without prejudice.

Dated April 8, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE